AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York 🔽

<table>
<tr><td>JAZMINE MARTINEZ, individually, and on behalf of others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>RISEBORO COMMUNITY PARTNERSHIP INC.,<br><br>*Defendant(s)*</td><td>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Civil Action No.  26-cv-02066-OEM-VMS</td></tr>
</table>

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  RiseBoro Community Partnership Inc.
565 Bushwick Ave
Brooklyn, New York 11206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sabine Jean
Lawyers for Justice, P.C.
217 Broadway
Suite 511
New York, New York 10007

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahoney

*CLERK OF COURT*

Date:   4/8/2026

s/ *Kimberly Davis*

*Signature of Clerk or Deputy Clerk*